AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 07/2013)

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two packages seized on March 23 and 24, 2018, and<br>currently in the custody of the United States Postal<br>Inspection Service | )<br>)<br>)<br>)<br>)<br>)    Case No.   2-18-MJ-740 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Central_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

   ☑ evidence of a crime;

   ☑ contraband, fruits of crime, or other items illegally possessed;

   ☑ property designed for use, intended for use, or used in committing a crime;

   ❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| See Attachment B | |

The application is based on these facts:

See attached Affidavit

   ☑ Continued on the attached sheet.

   ❏ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____/ S / _____
*Applicant's signature*

Wilford Claiborne, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   3/27/2018

_____
*Judge's signature*

City and state:   Los Angeles, California     Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
*Printed name and title*

AUSA: Scott Lara x0427

## ATTACHMENT A

PARCELS TO BE SEARCHED

    1.   A United States Postal Service Priority Mail parcel bearing label number 9505512463728080112975, which is a white cardboard box, weighing approximately 6 pounds, with a shipping label date of March 21, 2018, and which bears a handwritten address label with the following recipient information: "Lesley Pedioza 2831 La Morada Dr. Rialto, CA 92376." The number "6" in the zip code has been corrected to the number "7."  The following is the return address information: "T. Hamiel 480 King Street Alexandria, VA 22314."

    2.   A United States Postal Service Priority Mail parcel bearing label number 9505512446568080128766, which is a white cardboard box, weighing approximately 4 pounds 11 ounces, with a shipping label date of March 21, 2018, and which bears a handwritten address label with the following recipient information: "Lesley Pedroza 2831 La Morada Dr. Rialto, CA 92377."  The following is the return address information: "Frank S. Smith 15 Robinson St. Cambridge MA 02138."

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following items are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (Distribution and Possession with Intent to Distribute a Controlled Substance and Conspiracy) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance):

        a.   Any drugs;

        b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1000; and

        c.   Packaging material.

## AFFIDAVIT

I, Wilford Claiborne, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of an application for a warrant to search United States Postal Service ("USPS") Priority Mail parcels bearing label numbers 9505512463728080112975 (the "2975 PARCEL") and 9505512446568080128766 (the "8766 PARCEL", collectively the "TARGET PARCELS"), currently in the custody of the USPS, as described more fully in in Attachment A.  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (Distribution and Possession with Intent to Distribute a Controlled Substance and Conspiracy) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance) (the "Target Offenses"), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are
related in substance and in part only.

## II. BACKGROUND FOR POSTAL INSPECTOR WILFORD CLAIBORNE

3.    I am currently a United States Postal Inspector with
the United States Postal Inspection Service ("USPIS"), Los
Angeles Division, in Los Angeles, California and have been so
employed since August 2013.  From August 2013 until November
2017, I was assigned to the Los Angeles Mail Theft Team.  I am
currently assigned to the Prohibited Mailing and Illegal
Narcotics Team.  I have completed a twelve-week Postal Inspector
Basic Training course, which included training in the
investigation of drug distribution via the United States Mail.
I have conducted numerous investigations into drug distribution
and money laundering involving the United States Mail.  I am
familiar with the ways in which drug distributors use the mail
system to transport drugs and drug proceeds.

## III. SUMMARY OF PROBABLE CAUSE

4.    On February 7, 2018, law enforcement saw Fernando
Godoy ("Godoy") ship three USPS parcels (the "First Godoy
Parcel," the "Second Godoy Parcel," and another parcel).  I
searched the First Godoy Parcel pursuant to a federal search
warrant and found that it contained two bricks of cocaine,
weighing approximately two kilograms.

5.    The Second Godoy Parcel was not searched, but I
learned that the IP Address that tracked the Second Godoy Parcel
(the "Target IP Address") also tracked a parcel addressed to
6922 South Hoover, Los Angeles, California 90044 (the "First

Hoover Parcel"). On or about March 2, 2018, pursuant to a federal search warrant, I searched a different parcel addressed to the Hoover Address (the "Second Hoover Parcel"), and saw that it contained $27,500.00 in suspected drug distribution proceeds.

6.    The Target IP Address also tracked a package addressed to 2831 La Morada Drive Rialto, California 92337 (the "LA MORADA ADDRESS"). On March 23, 2018, I seized the 2975 PARCEL because it was addressed to the LA MORADA ADDRESS. On March 24, 2018, I seized the 8766 PARCEL because it was also addressed to the LA MORADA ADDRESS. I also saw that the TARGET PARCELS were sent from source areas for drug proceeds and were packaged and shipped in a manner consistent with how drug distributors package and ship drugs or drug related proceeds.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

### A.    Background

7.    Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

a.    Los Angeles is a major source area for drugs. Drugs are frequently transported from Los Angeles to elsewhere through the mail, and the proceeds from drug sales are frequently returned to Los Angeles through the mail.

b.    Virginia and Massachusetts are major source areas for drug proceeds. Drug proceeds are frequently transported from Virginia and Massachusetts to drug source areas, such as Los Angeles, through the mail.

c.    Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three day delivery mail product.  Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery.  Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug distributors have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

8.    The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

a.    The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

b.    The parcel bears a typed label, whether USPS Express Mail or Priority Mail;

c.    The handwritten label on the parcel does not contain a business account number;

d.    The seams of the parcel are all taped or glued shut;

e.    The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

9.    Parcels exhibiting such indicia are the subject of further investigation, which may include verification of the addressee and return addresses.

10.   I know from my training and experience that drug distributors often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.  To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.    February 2018 Seizure of Two Kilograms of Cocaine**

11.   On February 7, 2018, I was notified by Detective Kevin Currie that Godoy, a suspected drug courier, was using the USPS to ship parcels suspected to contain drugs.  Detective Currie told me that his team performed surveillance on Godoy and saw Godoy ship three parcels, each at a different Post Office, on or about February 7, 2018.

12.   On February 21, 2018, I obtained a federal search warrant in Case Number 2:18-MJ-00367, signed by the Honorable Frederick Mumm, United States Magistrate Judge, to search the First Godoy Parcel, which bore USPS label number 9505514312028038179489.  The First Godoy Parcel contained approximately two "bricks" wrapped in cellophane.  In total, the bricks weighed approximately two kilograms.  The two bricks were analyzed by a USPIS forensics narcotics analyst and tested

positive for cocaine.  Law enforcement did not search the Second Godoy Parcel, which bore label number 9505515070188038136319, or the third parcel.

C.   **Target IP Address Associated with Drug Trafficking through the Mail**

13.   Using Postal Service business records, I am able to learn that a particular IP Address, i.e., the unique identifier for an Internet connection, tracked a particular parcel.  On or about February 22, 2018, I learned that the Target IP Address (2607:fb90:5ab4:4bf2:0:4c:80a3:9101) tracked the Second Godoy Parcel.  I also learned from a public online database that the Target IP Address belongs to a T-Mobile customer in Los Angeles, California.

14.   On or about February 23, 2018, I learned that the Target IP Address also tracked the First Hoover Parcel.

15.   On or about March 2, 2018, I received a federal search warrant in Case Number 2:18-MJ-00474, signed by the Honorable Jacqueline Choolijian, United States Magistrate Judge, to open the Second Hoover Parcel, which was another parcel sent to the same address as the First Hoover Parcel.

16.   The Second Hoover Parcel contained $27,500.00 in cash. Based on my training and experience, I believe that the cash was suspected drug distribution proceeds.  The money was wrapped in multiple layers of cellophane wrap, carbon paper, and hidden inside another box, which was also wrapped in cellophane, Christmas paper, and packing peanuts.

17.  In my training and experience, the way in which the Second Hoover Parcel was packaged was an attempt to conceal drug-related funds from law enforcement and alerting canines.

**D.    Discovery of the 2975 PARCEL**

18.  In March 2018, I learned that the Target IP Address also tracked a USPS parcel addressed to the LA MORADA ADDRESS.

19.  In March 2018, I learned that additional packages had been shipped to the LA MORADA ADDRESS.  I learned that the 2975 PARCEL was being shipped to the LA MORADA ADDRESS, and had been shipped from Alexandria, Virginia.

20.  On or about March 23, 2018, I seized the 2975 PARCEL. I noticed the 2975 PARCEL exhibited the following characteristics indicating that a parcel may contain drugs or drug proceeds:

a.    The 2975 PARCEL was sent from a state known to be the source of drug proceeds (Virginia).

b.    The 2975 PARCEL was mailed using Priority Mail service with no business account number.

c.    The seams of the 2975 PARCEL are all taped shut.

21.  I used the CLEAR database to research the return and recipient addresses address written on the 2975 PARCEL, and learned the following:

a.    The 2975 PARCEL has a return address of "T. Hamiel 480 King St Alexandria, VA 22314."  I found no record in CLEAR of such a person at that address.

b.    The 2975 PARCEL has a recipient address of
"Lesley Pedioza 2831 La Morada Dr. Rialto, CA 92377."  I found
no record in CLEAR of such a person at that address.

**E.    Discovery of the 8776 PARCEL**

22.   I learned that the 8766 PARCEL was being shipped to
the LA MORADA ADDRESS, and was shipped from Arlington,
Massachusetts.

23.   On or about March 24, 2018, I seized the 8766 PARCEL.

24.   I noticed the 8766 PARCEL exhibited the following
characteristics indicating that a parcel may contain drugs or
drug proceeds:

a.    The 8766 PARCEL was sent from a state known to be
the source of drug proceeds (Massachusetts).

b.    The 8766 PARCEL was mailed using Priority Mail
service with no business account number.

c.    The seams of the 8766 PARCEL appear to be glued
shut.

25.   I used the CLEAR database to research the return and
recipient addresses address written on the 8766 PARCEL, and
learned the following:

a.    The 8766 PARCEL has a return address of "Frank S.
Smith."  I found no record in CLEAR of such a person at that
address.  Utilizing CLEAR I found Frank Stuart Derek at the
return address residence.

b.    The 8766 PARCEL has a recipient address of
"Lesley Pedroza 2831 La Morada Dr. Rialto, CA 92377."  I found
no record in CLEAR of such a person at that address.

## V.  CONCLUSION

26.  For all the reasons above, there is probable cause to believe that the TARGET PARCELS, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of the Target Offenses, as described in Attachment B.

_____/ S /_____
Wilford Claiborne
United States Postal Inspector
United States Postal
Inspection Service

Subscribed to and sworn before me
this _27th_ day of March 2018.

_Alex Mack_

_____
HONORABLE ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE